# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| WAYNE JEFFERY VILLINES,<br><br>　　　　　　　　　Plaintiff,<br><br>　　v.<br><br>UNITED STATES OF AMERICA –<br>INTERNAL REVENUE SERVICE,<br><br>　　　　　　　　　Defendant. | Case No. 2:20-cv-00091-KJD-VCF<br><br>**ORDER ADOPTING AND AFFIRMING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION** |

　　　　Before the Court for consideration is the Report and Recommendation (#6) containing the findings and recommendations of Magistrate Judge Cam Ferenbach entered July 8, 2020, recommending that Plaintiff's Amended Complaint (#5) be dismissed. Plaintiff filed an objection to the Report and Recommendation (#7).

　　　　The Court has conducted a de novo review of the record in this case in accordance with 28 U.S.C. § 636(b)(1) and LR IB 3-2.  The Court determines that the Report and Recommendation (#6) containing the findings and recommendations of Magistrate Judge Cam Ferenbach entered July 8, 2020, should be **ADOPTED** and **AFFIRMED**.

　　　　IT IS THEREFORE ORDERED that the Magistrate Judge's Report and Recommendation (#6) is **ADOPTED** and **AFFIRMED**.

　　　　IT IS FURTHER ORDERED that the Clerk of the Court enter **JUDGMENT** for Defendant and against Plaintiff.

Dated this 29th day of January, 2021.

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　Kent J. Dawson
　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge